Justice Stevens,
dissenting.
Having already explained why the 1991 amendment to this Court’s Rule 39 was both unnecessary and ill considered,[1] and having dissented from each of the dispositions cited by the Court today,[2] I would only add that I remain convinced that the views expressed in those dissents are correct. Given the current state of our docket, there is a peculiar irony in the Court’s reliance, as a basis for singling out this *4 petition for special treatment, on the supposed need to conserve its scarce resources so that it may achieve its “ ''goal of fairly dispensing justice/ ” ante, at 3.
I respectfully dissent.

 In re Amendment to Rule 89, 500 U. S. 13, 15 (1991) (dissenting opinion).

 See In re Anderson, 511 U. S. 364, 366 (1994); In re Demos, 500 U. S. 16, 17-19 (1991); In re Sindram, 498 U. S. 177, 180-183 (1991); In re McDonald, 489 U. S. 180, 185-188 (1989). See also Day v. Day, 510 U. S. 1, 3 (1993) (Stevens, J., dissenting); Talamini v. Allstate Ins. Co., 470 U. S. 1067, 1069-1072 (1985) (Stevens, J., concurring).